UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, <br><br>     Plaintiffs <br><br>     v. <br><br> UNITED STATES DEPARTMENT OF ENERGY, <br><br>     Defendant. | Civil Action No. 25-3126 (ACR) |

**FOURTH JOINT STATUS REPORT**

Pursuant to the Court's January 15, 2026, Minute Order, Plaintiff Environmental Defense Fund ("EDF") and Defendant Department of Energy ("DOE") by and through undersigned counsel, respectfully submit the Parties' fourth joint status report.

This case concerns two Freedom of Information Act ("FOIA") requests for records submitted by EDF to DOE on August 1, 2025.  *See* Compl. (ECF No. 1).  Request No. HQ-2025-03874-F seeks records related to the Climate Working Group, including its formation and operations, the report "A Critical Review of Impacts of Greenhouse Gas Emissions on the U.S. Climate," and related records and correspondence of DOE employees.  Am. Compl., Ex. G (ECF No. 6-7). Request No. HQ-2025-03875-F seeks records related to the formation and activities of the Climate Working Group.  Am. Compl., Ex. A (ECF No. 6-1).

1. **Status of FOIA requests & 2. Anticipated number of documents responsive to FOIA requests**

As previously reported, DOE has completed the search phase for EDF's FOIA requests, HQ-2025-03874-F and HQ-2025-03875-F.  For request HQ-2025-03874-F, DOE used the sixty-six custodians listed in FOIA Request.  The search terms used have been provided by EDF via its

FOIA requests.  DOE's automated de-duplication filtering has yielded an initial count of 3,605 documents amounting to 136,027 potentially responsive pages.

For further work, EDF's two FOIA requests remain in DOE's first in, first out processing queue.  Due to the very large size of the database, DOE continues to process the initial search results; its next step is manual responsiveness review and redaction, according to the agreed-upon monthly processing obligation.

The Parties' discussions as to narrowing continue.  To that end, on March 5, 2026, EDF provided DOE with an updated list of priority custodians.

**3. Anticipated date(s) for release of documents**

In accordance with the parties' stipulated schedule and processing rate of 500 pages per month, DOE processed 502 pages and made its first interim production on March 2, 2026.  DOE subsequently processed 500 pages and made its second interim production on April 1, 2026.  Most recently, DOE processed 500 pages and made its third interim production on May 5, 2026.  Future interim productions are expected to occur on or around the first business day of each month.

\*        \*        \*

**4. Next Joint Status Report.**

The Parties jointly and respectfully propose that they file their next joint status report in sixty-two days, on Monday, July 6, 2026 (noting that sixty days would fall on a Saturday), and every sixty days thereafter.

Dated: May 5, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/Lynn D. Eisenberg*

Daniel F. Jacobson (D.C. Bar 1016621)
Lynn D. Eisenberg (D.C. Bar 1017511)
John Robinson (D.C. Bar 1735989)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington DC, 20016
(301) 823-1148

lynn@jacobsonlawyersgroup.com

By:   */s/ Mason D. Bracken*
    MASON D. BRACKEN
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    Telephone: (202) 252-2523
    mason.bracken@usdoj.gov

*Attorneys for the United States of America*

*/s/ Erin Murphy*
ERIN MURPHY (Bar ID D00532)*
Environmental Defense Fund
555 12th St. NW, Suite 400
Washington, D.C. 20004
Telephone: (202) 572-3525
E-mail: emurphy@edf.org
*Practicing pursuant to D.C. Ct. App.
Rule 49(c)(3)

Counsel for Environmental Defense Fund
Fund

*Counsel for Plaintiffs*