UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>      Plaintiffs<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>      Defendant. | Civil Action No. 25-3126 (ACR) |

**FIFTH JOINT STATUS REPORT**

Pursuant to the Court's January 15, 2026, Minute Order, Plaintiff Environmental Defense Fund ("EDF") and Defendant Department of Energy ("DOE") by and through undersigned counsel, respectfully submit the Parties' fifth joint status report.

This case concerns two Freedom of Information Act ("FOIA") requests for records submitted by EDF to DOE on August 1, 2025.  *See* Compl. (ECF No. 1).  Request No. HQ-2025-03874-F seeks records related to the Climate Working Group, including its formation and operations, the report "A Critical Review of Impacts of Greenhouse Gas Emissions on the U.S. Climate," and related records and correspondence of DOE employees.  Am. Compl., Ex. G (ECF No. 6-7). Request No. HQ-2025-03875-F seeks records related to the formation and activities of the Climate Working Group.  Am. Compl., Ex. A (ECF No. 6-1).

1. **Status of FOIA requests & 2. Anticipated number of documents responsive to FOIA requests**

As previously reported, DOE has completed the search phase for EDF's FOIA requests, HQ-2025-03874-F and HQ-2025-03875-F.  For request HQ-2025-03874-F, DOE used the sixty-

six custodians listed in FOIA Request.  The search terms used have been provided by EDF via its FOIA requests.

As previously reported, DOE's automated de-duplication filtering yielded an initial count of 3,605 documents amounting to 136,027 potentially responsive pages.

For further work, EDF's two FOIA requests remain in DOE's first in, first out processing queue.  Due to the very large size of the database, DOE continues to process the initial search results; its next step is manual responsiveness review and redaction, according to the agreed-upon monthly processing obligation.

The Parties' discussions as to narrowing continue.  Since the previous status report, in June 2026, the Parties agreed that DOE need not process press clippings.  In July 2026, the Parties agreed that this include press releases and the like.

**3. Anticipated date(s) for release of documents**

On June 2, 2026, DOE issued its fourth interim production, for which it processed 725 pages and produced 50 pages.  On July 2, 2026, DOE issued its fifth interim production, for which it processed 1,947 pages and produced 120 pages.

DOE has previously stated that it would process 500 pages per month.  For the last two interim responses, DOE was able to process more pages than that given the nature of the records reviewed.  Due to the limited availability of agency resources and the agency's obligations to other FOIA requesters, DOE reports that it is unable to commit to future processing exceeding 500 pages

per month.  Future interim productions are expected to occur on or around the first business day of each month.

Plaintiff's Statement:

As EDF has previously explained, the records at issue in this case are of urgent public interest. *See, e.g.*, Compl. ¶¶ 1–4; 1/14/26 JSR at 5–6, Dkt. 16. At DOE's current processing rate, however, the agency will not complete its review of documents responsive to Plaintiffs' FOIA requests for many years. DOE produced only 12 pages of records in May, 50 pages of records in June, and 120 pages in July. Over 100,000 unreviewed pages remain. EDF will continue to work with DOE on how it might prioritize its review to focus on the most important documents, given the importance and time-sensitivity of the requests at issue.

*        *        *

**4. Next Joint Status Report.**

The Parties jointly and respectfully propose that they file their next joint status report in sixty days, on September 4, 2026, and every sixty days thereafter.

Dated: July 6, 2026
Washington, D.C.

By: */s/Lynn D. Eisenberg*

Daniel F. Jacobson (D.C. Bar 1016621)
Lynn D. Eisenberg (D.C. Bar 1017511)
John Robinson (D.C. Bar 1735989)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington DC, 20016
(301) 823-1148

lynn@jacobsonlawyersgroup.com


*/s/ Erin Murphy*
ERIN MURPHY (Bar ID D00532)*
Environmental Defense Fund
555 12th St. NW, Suite 400
Washington, D.C. 20004
Telephone: (202) 572-3525
E-mail: emurphy@edf.org
*Practicing pursuant to D.C. Ct. App.
Rule 49(c)(3)

Counsel for Environmental Defense Fund
Fund


*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:   */s/ Mason D. Bracken*
      MASON D. BRACKEN
      Assistant United States Attorney
      601 D Street, N.W.
      Washington, D.C. 20530
      Telephone: (202) 252-2523
      mason.bracken@usdoj.gov

*Attorneys for the United States of America*