UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>Defendant. | Civil Action No. 25-3126 (ACR) |

**SIXTH JOINT STATUS REPORT**

Pursuant to the Court's January 15, 2026, Minute Order, Plaintiff Environmental Defense Fund ("EDF") and Defendant Department of Energy ("DOE") by and through undersigned counsel, respectfully submit the Parties' sixth joint status report.

This case concerns two Freedom of Information Act ("FOIA") requests for records submitted by EDF to DOE on August 1, 2025. *See* Compl. (ECF No. 1). Request No. HQ-2025-03874-F seeks records related to the Climate Working Group, including its formation and operations, the report "A Critical Review of Impacts of Greenhouse Gas Emissions on the U.S. Climate," and related records and correspondence of DOE employees. Am. Compl., Ex. G (ECF No. 6-7). Request No. HQ-2025-03875-F seeks records related to the formation and activities of the Climate Working Group. Am. Compl., Ex. A (ECF No. 6-1).

1. **Status of FOIA requests & 2. Anticipated number of documents responsive to FOIA requests**

As previously reported, DOE has completed the search phase for EDF's FOIA requests, HQ-2025-03874-F and HQ-2025-03875-F. For request HQ-2025-03874-F, DOE used the sixty-

six custodians listed in FOIA Request. The search terms used have been provided by EDF via its FOIA requests.

As previously reported, DOE's automated de-duplication filtering yielded an initial count of 3,605 documents amounting to 136,027 potentially responsive pages.

For further work, EDF's two FOIA requests remain in DOE's first in, first out processing queue. Due to the very large size of the database, DOE continues to process the initial search results, including ongoing manual responsiveness review and redaction, according to the agreed-upon monthly processing obligation.

**3. Anticipated date(s) for release of documents**

The Parties previously agreed that DOE would process 500 pages per month. On July 31, 2026, DOE issued its sixth interim production, for which it processed 723 pages and produced 73 pages. On September 4, 2026, DOE issued its seventh interim production, for which it processed 500 pages and produced 200 pages. Future interim productions are expected to occur on or around the first business day of each month.

Plaintiff's Statement:

As EDF has previously explained, the records at issue in this case are of urgent public interest. *See, e.g.*, Compl. ¶¶ 1–4; 1/14/26 JSR at 5–6, Dkt. 16. At DOE's current processing rate, however, the agency will not complete its review of documents responsive to Plaintiffs' FOIA requests for many years. DOE produced only 12 pages of records in May, 50 pages of records in June, and 120 pages in early July. Over 100,000 unreviewed pages remain. EDF will continue to work with DOE on how it might prioritize its review to focus on the most important documents, given the importance and time-sensitivity of the requests at issue.

* * *

**4. Next Joint Status Report.**

The Parties jointly and respectfully propose that they file their next joint status report in ninety days, on December 3, 2026, and every ninety days thereafter.

Dated: September 4, 2026
Washington, D.C.

By: */s/ Lynn D. Eisenberg*

Daniel F. Jacobson (D.C. Bar 1016621)
Lynn D. Eisenberg (D.C. Bar 1017511)
John Robinson (D.C. Bar 1735989)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington DC, 20016
(301) 823-1148

lynn@jacobsonlawyersgroup.com

*/s/ Erin Murphy*
ERIN MURPHY (Bar ID D00532)*
Environmental Defense Fund
555 12th St. NW, Suite 400
Washington, D.C. 20004
Telephone: (202) 572-3525
E-mail: emurphy@edf.org
*Practicing pursuant to D.C. Ct. App. Rule 49(c)(3)

Counsel for Environmental Defense Fund Fund

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Mason D. Bracken*
MASON D. BRACKEN
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*